IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HENRY B. AYERS, et al     PLAINTIFFS

v.     CIVIL ACTION NO.: 4:66CV1

WESTERN LINE CONSOLIDATED SCHOOL
DISTRICT, et al     DEFENDANTS

## ORDER

This matter having come before the Court on the motion of counsel to appear pro hac vice and now being fully advised in the premises, the Court is of the opinion that the motion should be granted. Accordingly, it is ORDERED that the motion [23-1] to appear pro hac vice is hereby granted. Additionally, plaintiffs have filed a consent motion to add a plaintiff pursuant to Rules 17, 19, and 21 of the Federal Rules of Civil Procedure. The court hereby GRANTS the consent motion [21-1] and directs the Clerk to add Kristie Nettles as a plaintiff to this action.

This the 23rd day of January, 2020.

_____
U.S. DISTRICT COURT